FIFTH JUDICIAL DISTRICT COURT
LEA COUNTY NM
FILED IN MY OFFICE

2019 JAN -2 PM 1:42

NELDA CUELLAR
DISTRICT COURT CLERK

FIFTH JUDICIAL DISTRICT COURT

STATE OF NEW MEXICO

COUNTY OF LEA

CLIFTON SKIDGEL,
Plaintiff,

v.

GEO GROUP, INC,
Defendant(s),

CIVIL NO # D-506-CV-2019-1

COMPLAINT (TORT) Lee A. Kirksey

I. NATURE OF THE ACTION

1. This is a tort suit authorized by the New Mexico Tort Claims Act, Chapter 41 N.M.S.A, by a corrections department prisoner who seeks damages for the following:

(a) ① VIOLATION OF THE 14TH AMENDMENT BY LOSS OF DUE PROCESS RIGHTS
② VIOLATION OF THE 8TH AMENDMENT'S BAR TO
③ CRUEL AND UNUSUAL PUNISHMENT (2 COUNTS)

II. JURISDICTION

2. FIFTH District Court has jurisdiction in Tort actions pursuant to the New Mexico Tort Claims Act N.M.S.A. Chapter 41. a Notice of Claim was previously filed with the Risk Management Division pursuant to 41-4-16, N.M.S.A. (1978).

III. PARTIES

3. The plaintiff is CLIFTON SKIDGEL, a prisoner at the LEA COUNTY CORRECTIONAL FACILITY



4. Defendant(s) is(are) G.E.O. GROUP, INC and holds the office of OPERATOR AND MANAGER.

IV. FACTS

5. A) PURSUANT TO THE DOCTRINE OF RESPONDANT SUPERIOR, THE G.E.O GROUP, INC. IS SOLE CUSTODIAN OF NMCD INMATES, AS MANAGER, AND OPERATOR OF THE LEA COUNTY CORRECTIONAL FACILITY LOCATED AT HOBBS, NM. DEFENDANT HAS SOLE RESPONSIBILITY OF ACTIONS, CONDUCT AND TRAINING OF YOUR EMPLOYEES AS THEY MANAGE INMATES AT THE FACILITY. BY DOCTRINE YOU HAVE SOLE LIABITY OF THESE EMPLOYEES ACTIONS, CONCERNING THE TREATMENT OF THE INMATES HOUSED HERE BY CONTRACT. IT IS YOUR SOLE RESPONSIBILITY TO CARE FOR THESE INMATES.

AS STATED IN THE NOTICE OF CLAIM, SERVED UPON YOU BY CERTIFIED MAIL, (4) FOUR OF YOUR EMPLOYEES HAVE VIOLATED PLAINTIFF'S CIVIL RIGHTS TO DUE PROCESS OF LAW BY DENYING ME THE RIGHT TO BRING A CIVIL RIGHTS PETITION FOR WRONG DOING AND LOSE OF COMPENSATION CAUSED BY STATE ACTORS. SAID REQUESTED NOTICE OF COMPLAINT (CLAIM OR WRONG DOING) AS

(FACTS CONTINUED)

REQUIRED BY THE NEW MEXICO RULES ANNOTATED SECTION 41-4-16(1978) ALTHO HAND WRITTEN, DETAILING THE WRONG DOING AND CIVIL RIGHTS VIOLATIONS WAS TO BE COPIED SERVICE UPON STATE ACTORS AND RISK MANAGEMENT. THIS DENIAL BY G.E.O GROUP'S EMPLOYEE'S WHO ARE TRAINED BY THE CORPORATION, BEING MR. D. BURRIS AND V. NAEGELE CAUSED PLAINTIFF TO LOOSE THE TIME TABLE REQUIRED, FOLLOWING 4 YEARS OF LITIGATION TO REACH THAT POINT FOLLOWING A FINAL DECISION BY THE NEW MEXICO SUPREME COURT, MAKING THE EMPLOYEES AND GEO. GROUP, INC SOLELY LIBEL FOR THE OPPORTUNITY TO WIN PLAINTIFF'S FREEDOM AND RETURN OF LOST COMPENSATION OF $189,584.06. THE G.E.O. GROUP, INC BARES FULL RESPONSIBILITY FOR THE ACTION AND TRAINING OF THESE EMPLOYEES BEING MR. D. BURRIS AND MS. V. NAEGELE. THE G.E.O GROUP, INC IS BY CONTRACT TO MANAGE INMATES UNDER IT'S CONTROL AND CUSTODY AND TO ENSURE THEIR RIGHTS ARE NOT VIOLATED BY IT'S EMPLOYEES

8| AS STATED IN THE NOTICE OF CLAIM, CORRECTIONAL OFFICER MS. K. WILLIAMS, TRAINED AND ASSIGNED TO HOUSING UNIT 3 ON OR ABOUT

OCTOBER 15, 2018 DID REFUSE INMATES OF "B" Pod TO GO TO ASSIGNED MEDICATION CALL Keep on Person PRESCRIBED medications which THE INMATES HAd WAITED A WEEK FOR, AS THIS IS A ROUTINE FOR MONDAY'S FOR THIS UNIT. ALTHO The OTHER FOUR Pods WERE ALLOWED. OFFICER WILLIAMS BECAME BELIGERANT AND SLAMMING THE DOOR STATING This Pod would NOT GO TO the CALL-OUT FOR MEDICATIONS IN A FUTHER CONFONTATION, OFFICER WILLIAMS REFUSED TO CALL A SUPERVISOR. WANTON INDIFFERENCE TO PLAINTIFF'S MEDICAL NEEDS REQUIRING PLAINTIFF TO WAIT AN ADDITIONAL WEEK FOR A VARIETY OF MEDICATIONS CLEARLY AN VIOLATION OF THE 8TH AMENDMENTS BAR AGAINST CRUEL AND UNUSUAL PUNISHMENT PROVEN BY HER DELIBERATE INDIFFERENCE TO THE MEDICAL needs OF The INMATES PRESENT (ABOUT 8) MAKING THE DEFENDANT LIBEL FOR THIS ABUSE. IN ADDITION, OFFICER WILLIAMS REFUSED TO CALL FOR A SUPERVISOR TO ADDRESS THE COMPLAINT OF ALL THE INMATES INVOLVED. THIS ABUSE IS BARRED BY THE 8TH AMEND.

[C] AS STATED IN THE NOTICE OF CLAIM, MAJOR BUCKLEY, AN EMPLOYEE of the G.E.O. GROUP, INC., WAS SHOWN A MEDICAL PASS (SEE EVIDENCE #1) ASSIGNING PLAINTIFF

TO BE PLACED ON A BOTTOM BUNK AND ON THE BOTTOM TIER. PLAINTIFF HAS A HISTORY OF OSTEOARTHRITIS WITH MODERATE DEGENERATION, MULTIPLE FRACTURES AND HERNIAS WHICH CAUSE GREAT PAIN IN TRYING TO ACCESS THE TOP BUNK, AS ASSIGNED BY MAJOR BUCKLEY. ON MAY 22, 2018 I WAS MOVED TO THE BOTTOM TIER ONLY TO BE PLACED ON A TOP BUNK, IN DEFIANCE OF THE MEDICAL PASS. AS STATED, I SUBMITTED THREE WRITTEN REQUESTS TO MOVED TO A BOTTOM BUNK. DESPITE INFORMAL AND FORMAL GRIEVANCE THE MAJOR REFUSES TO HONOR THE MEDICAL ORDER AND PLACE ME ON A BOTTOM BUNK CLEARLY SHOWS HER DELIBERATE INDIFFERENCE TO MY MEDICAL NEEDS AND MAKING THE DEFENDANT CLEARLY RESPONSIBLE FOR HER VIOLATION OF MY CIVIL RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT. THE DEFENDANT HAS A CONTRACT WITH THE NEW MEXICO CORRECTIONS DEPARTMENT TO PROVIDE A SAFE CUSTODY AND ENVIRONMENT FOR THOSE INMATES ASSIGNED G.E.O GROUP, INC. THESE (4) FOUR EMPLOYEE'S HAVE VIOLATED PLAINTIFF'S CIVIL RIGHTS MAKING G.E.O. GROUP SOLELY RESPONSIBLE.

V. PRAYER

WHEREFORE it is demanded the Court issue judgment against the defendant(s) as follows:

A) A JURY TRIAL ON ALL ISSUES.

B) COMPENSATION IN THE AMOUNT OF $100,000.00 FOR EACH OF THE FOUR COMPLAINTS.

C) PUNITIVE DAMAGES AS A JURY MAY AWARD

Dec 5, 2018
Date

Respectfully Submitted,

[signature]
Signature

[THIS NEXT SECTION MUST BE COMPLETED BEFORE A NOTARY PUBLIC]

I, the Affiant, first being duly sworn have read the foregoing pleading and declare that the information contained therein is true and correct to the best of my knowledge.

/s/ [signature]

STATE OF NEW MEXICO

COUNTY OF Lea

SUBSCRIBED AND SWORN to before me this 5th day of December, 2018

[signature]
NOTARY PUBLIC

My Commission Expires: November 4, 2020